# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted October 6, 2025
Decided October 7, 2025

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 23-2647

| | |
|---|---|
| FERNANDO ALVAREZ-CARVAJAL, *Petitioner-Appellant*, | Appeal from the United States District Court for the Southern District of Illinois. |
| *v.* | No. 3:22-CV-743-NJR |
| UNITED STATES, *Respondent-Appellee*. | Nancy J. Rosenstengel, *Chief Judge*. |

**O R D E R**

Fernando Alvarez-Carvajal has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255 and an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED. Alvarez-Carvajal's motion to proceed in forma pauperis is DENIED.